1  BRIAN R. DAVIS (SBN 160817)
   VIVIAN N. VO (SBN 231223)
2  **HAYES, DAVIS, BONINO, ELLINGSON, McLAY & SCOTT**
   203 Redwood Shores Parkway, Suite 480
3  Redwood Shores, California  94065
   Telephone:  650.637.9100
4  Facsimile:  650.637.8071

5  Attorney for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
6  Erroneously sued herein as "STATE FARM INSURANCE COMPANIES"

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  DANIEL ANDERSON;                       CASE NO.  2:06-CV-02843-DEL-KJM

12          Plaintiffs,
                                           **STIPULATION AND ORDER *DENYING***
13      v.                                 **IN PART, AND *GRANTING* IN PART,**
                                           **MOTION TO DISMISS FOR FAILURE**
14  STATE FARM MUTUAL INSURANCE            **TO STATE A CLAIM UPON WHICH**
    COMPANIES; and DOES I through X,       **RELIEF CAN BE GRANTED**
    inclusive;
15                                         **[Federal Rules of Civil Procedure, Rule**
            Defendants.                    **12(b)(6)]**
16
                                           DATE:    February 14, 2007
17                                         TIME:    10:00 a.m.
                                           CTRM.:   7
                                           JUDGE:   Honorable David F. Levi
18

19

20

21

22

23

24

25

26

27

28

-1-

**STIPULATION AND  [PROPOSED] ORDER**

## I.

## **STIPULATION**

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's ("STATE FARM") motion to dismiss plaintiff DANIEL ANDERSON's ("ANDERSON") second cause of action for breach of insurance contract and third cause of action for negligence pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), on file herein, has been submitted to the Honorable David F. Levi.

STATE FARM through its counsel Brian R. Davis of Hayes Davis Bonino Ellingson McLay & Scott, and ANDERSON through his counsel Mark R. Swartz of the Law Offices of Mark R. Swartz, hereby Stipulate to the following Order.

Dated: February ___, 2007        HAYES, DAVIS, BONINO, ELLINGSON, McLAY & SCOTT


By_____
BRIAN R. DAVIS
Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

Dated: February___, 2007        LAW OFFICES OF MARK R. SWARTZ


By_____
MARK R. SWARTZ
Attorney for Plaintiff
DANIEL ANDERSON

**STIPULATION AND [PROPOSED] ORDER**

## II.

## ORDER

The court, having reviewed the papers filed in support of, and the absence of any opposition to, this stipulation and good cause appearing therefore;

IT IS HEREBY ORDERED that STATE FARM's motion to dismiss is DENIED IN PART, AND GRANTED IN PART, as follows:

1. The motion to dismiss the second cause of action for breach of insurance contract on the grounds the complaint fails to state a claim upon which relief can be granted regarding this cause of action is DENIED WITHOUT PREJUDICE;

2. The motion to dismiss the third cause of action for negligence on the grounds the complaint fails to state a claim upon which relief can be granted regarding this cause of action is GRANTED;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that STATE FARM's motion to dismiss shall be DENIED IN PART, and GRANTED IN PART, consistent herewith and, the third cause of action is hereby DISMISSED.

Dated: March 9, 2007

                                         /s/ David F. Levi
                                         THE HONORABLE DAVID F. LEVI
                                         UNITED STATES DISTRICT COURT JUDGE
                                         FOR THE EASTERN DISTRICT OF
                                         CALIFORNIA